IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| EMANUEL FONTES, | ) |
| Petitioner, | ) |
| vs. | ) Case No.   4:15-cv-01351-MHH-TMP |
| LORETTA E. LYNCH, *et al.*, | ) |
| Respondents. | ) |

### MEMORANDUM OPINION

On November 23, 2015, the magistrate judge filed his Report and Recommendation in this action.  He recommended that the Court dismiss as moot the pending petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241.  (Doc. 9).  To date, no party has filed objections to the Report and Recommendation.  Having reviewed and considered *de novo* all of the materials in the court file, including the Report and Recommendation and the declaration that the defendants supplied in support of their motion to dismiss (Doc. 7-1), the Court adopts the report and accepts the magistrate judge's recommendation.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is DISMISSED as MOOT.  The Court will enter an order of final judgment.

DONE and ENTERED this 14th day of December, 2015.

*/s/ Madeline H. Haikala*
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE